UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
JUSTIN WILROY OSBERG § Case No. 10-15637
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/14/2011 in Courtroom 642,

United States Courthouse
219 S. Dearborn St. Chgo, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/12/2011          By: Gregg Szilagyi
                                     Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
JUSTIN WILROY OSBERG § Case No. 10-15637
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.96 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 10,000.96 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 1,750.09 | $ 0.00 | $ 1,750.09 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,750.09 |
| Remaining Balance | | | $ 8,250.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,964.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $ 1,209.63 | $ 0.00 | $ 499.90 |
| 2 | Bloomfield State Bank | $ 18,755.23 | $ 0.00 | $ 7,750.89 |
| | Total to be paid to timely general unsecured creditors | | $ | 8,250.79 |
| | Remaining Balance | | $ | 0.08 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi
                                   Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                          Case No. 10-15637-SPS
Justin Wilroy Osberg                                            Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: wepps              Page 1 of 1          Date Rcvd: May 13, 2011
                              Form ID: pdf006          Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2011.
db         +Justin Wilroy Osberg,    78 S. Stonington Dr.,    Palatine, IL 60074-6801
aty        +Amy J Pikarsky,    Law Office of Bert Zaczek,    415 N LaSalle St Ste 300,    Chicago, IL 60654-2741
aty        +Bert J. Zaczek,    Law Office of Bert Zaczek,    311 N. Aberdeen St.,    Suite 300-B,
             Chicago, IL 60607-1252
aty        +Gregg Szilagyi,    Tailwind Services LLC,    One South Wacker Drive,    Suite 800,
             Chicago, IL 60606-4650
tr         +Gregg Szilagyi,    542 South Dearborn Street,    Suite 1060,    Chicago, IL 60605-1567
15390251   +Americas Services Company,    PO Box 10328,    Des Moines, IA 50306-0328
16117731    Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
             Oklahoma City, OK  73124-8839
15390256    First Franklin,    PO Box 660598,   Dallas, TX 75266-0598
15390260   +Jean and Daryl Osberg (parents),    611 Blair Court,    Southlake, TX 76092-8628
15390262    USAA,    PO Box 5482,   Mount Laurel, NJ 08054-5482
15390263    Washington Mutual,    PO Box 100576,    Florence, SC 29502-0576
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15390254       E-mail/Text: dhostetter@bloombank.com May 13 2011 22:56:18      Bloomfield State Bank,
             PO Box 407,    Bloomfield, IN 47424-0407
15390258       E-mail/PDF: rmscedi@recoverycorp.com May 13 2011 23:52:31      Capital Recovery III LLC,
             c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15390252      At&T Phone bill
15390253      Bank Of America
15390255      Capital One
15390257      Harthford Insurance
15390259      Iris Tricocio
15390261      Property Specialist
                                                                                             TOTALS: 6, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2011**          **Signature:** *Joseph Speetjens*