UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JUSTIN WILROY OSBERG § Case No. 10-15637
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 742,886.87          Assets Exempt: 69,567.46
*(Without deducting any secured claims)*

Total Distributions to Claimants:  1,236.85      Claims Discharged
                                                 Without Payment:  916,953.72

Total Expenses of Administration:  1,750.09

---

3) Total gross receipts of $ 10,001.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,014.15 (see **Exhibit 2**), yielded net receipts of $ 2,986.94 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 778,188.00 | $ 18,755.23 | $ 18,755.23 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,750.09 | 1,750.09 | 1,750.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 138,056.00 | 20,701.80 | 20,701.80 | 1,236.85 |
| **TOTAL DISBURSEMENTS** | $ 916,244.00 | $ 41,207.12 | $ 41,207.12 | $ 2,986.94 |

4) This case was originally filed under chapter 7 on 04/08/2010 . The case was pending for 66 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/23/2015             By:/s/GREGG SZILAGYI
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 312 Center Street worthington Indiana (partial interest - ow | 1110-000 | 10,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 1.09 |
| TOTAL GROSS RECEIPTS | | $ 10,001.09 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JUSTIN WILROY OSBERG | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 7,014.15 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 7,014.15 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americas Services Company PO Box 10328 Des Moines, IA 50328 | | 330,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bloomfield State Bank PO Box 407 Bloomfield, IN 47424-0407 | | 29,000.00 | NA | NA | 0.00 |
| | First Franklin PO Box 660598 Dallas, TX 75266-0598 | | 110,000.00 | NA | NA | 0.00 |
| | Iris Tricocio | | 15,000.00 | NA | NA | 0.00 |
| | Jean and Daryl Osberg (parents) 611 Blair Court Southlake, TX 76092 | | 25,000.00 | NA | NA | 0.00 |
| | USAA PO Box 5482 Mount Laurel, NJ 08054-5482 | | 128,188.00 | NA | NA | 0.00 |
| | Washington Mutual PO Box 100576 Florence, SC 29502-0576 | | 141,000.00 | NA | NA | 0.00 |
| 2 | Bloomfield State Bank | 4110-000 | NA | 18,755.23 | 18,755.23 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 778,188.00** | **$ 18,755.23** | **$ 18,755.23** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | 2100-000 | NA | 1,750.09 | 1,750.09 | 1,750.09 |
| Gregg Szilagyi | 2200-000 | NA | 0.00 | 0.00 | 0.00 |

Case 10-15637    Doc 70    Filed 10/14/15    Entered 10/14/15 13:58:53    Desc Main
              Document      Page 5 of 13

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America | 2600-000 | NA | 0.00 | 0.00 | 0.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,750.09 | $ 1,750.09 | $ 1,750.09 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | At&T Phone bill | | 536.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America | | 20,000.00 | NA | NA | 0.00 |
| | Capital One | | 900.00 | NA | NA | 0.00 |
| | Harthford Insurance | | 130.00 | NA | NA | 0.00 |
| | Home Depot | | 2,334.00 | NA | NA | 0.00 |
| | Property Specialist | | 9,655.00 | NA | NA | 0.00 |
| | USAA | | 72,601.00 | NA | NA | 0.00 |
| | USAA | | 9,013.00 | NA | NA | 0.00 |
| | USAA | | 22,887.00 | NA | NA | 0.00 |
| 2 | Bloomfield State Bank | 7100-000 | NA | 18,755.23 | 18,755.23 | 0.00 |
| | Clerk of the U. S. Bankruptcy Court | 7100-000 | NA | 736.94 | 736.94 | 736.94 |
| 1 | N. A. Capital One Bank (USA) | 7100-000 | NA | 1,209.63 | 1,209.63 | 499.91 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 138,056.00 | $ 20,701.80 | $ 20,701.80 | $ 1,236.85 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-15637 SPS | Judge: Susan Pierson Sonderby |
| Case Name: | JUSTIN WILROY OSBERG | |
| For Period Ending: | 09/23/2015 | |

| | |
|---|---|
| Trustee Name: | GREGG SZILAGYI |
| Date Filed (f) or Converted (c): | 04/08/2010 (f) |
| 341(a) Meeting Date: | 05/28/2010 |
| Claims Bar Date: | 11/26/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 78 S. Stonington Dr Palatine, IL 60074 (Condo) | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. 6020 S. Wabash Chicago, IL (3 Flat) | 350,000.00 | 0.00 | | 0.00 | FA |
| 3. 5335 N. California #26 Chicago, IL (condo) | 100,000.00 | 0.00 | | 0.00 | FA |
| 4. 1353 Cunad Ct Lake in the hills (condo) | 100,000.00 | 0.00 | | 0.00 | FA |
| 5. 312 Center Street worthington Indiana (partial interest - ow | Unknown | 0.00 | | 10,000.00 | FA |
| 6. Checking with Chase Joint with wife. | 600.00 | 600.00 | | 0.00 | FA |
| 7. Savings | 300.00 | 300.00 | | 0.00 | FA |
| 8. Property specialist - sec deposit | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 9. General clothing | 100.00 | 100.00 | | 0.00 | FA |
| 10. Roth IRA | 1,186.87 | 1,186.87 | | 0.00 | FA |
| 11. Joint money market fund | 366.45 | 366.45 | | 0.00 | FA |
| 12. Utma Mutual Fund | 501.01 | 501.01 | | 0.00 | FA |
| 13. Motorola Pension plan | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 14. Fifth Third Bank Shares | 200.00 | 200.00 | | 0.00 | FA |
| 15. Motorola Stock Plan | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 16. Computer, printer and paper shredder. | 100.00 | 100.00 | | 0.00 | FA |
| 17. Tractor | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 18. Household Goods | 1,500.00 | 1,500.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.09 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $812,454.33      $62,454.33      $10,001.09      $0.00

(Total Dollar Amount in Column 6)

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2011         Current Projected Date of Final Report (TFR):

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-15637  
Case Name: JUSTIN WILROY OSBERG  
Taxpayer ID No: XX-XXX0669  
For Period Ending: 09/23/2015  

Trustee Name: GREGG SZILAGYI  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX6136  
CHECKING ACCOUNT  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct# XXXXXX9295 | Transfer of Funds | 9999-000 | $7,751.09 | | $7,751.09 |
| 01/12/15 | 2001 | JUSTIN WILROY OSBERG | SURPLUS ESTATE | 8200-002 | | $7,751.09 | $0.00 |
| 06/11/15 | | JUSTIN OSBERG | REFUND OF SURPLUS PAYMENT MADE IN ERROR | 1290-000 | $7,751.09 | | $7,751.09 |
| 06/30/15 | | JUSTIN WILROY OSBERG | SURPLUS RETURN | 8200-002 | | ($7,751.09) | $15,502.18 |
| 06/30/15 | | JUSTIN OSBERG | REFUND OF SURPLUS PAYMENT MADE IN ERROR Reversal Error | 1290-000 | ($7,751.09) | | $7,751.09 |
| 07/16/15 | 2002 | N. A. Capital One Bank (USA) by American Infosource Lp As Agent PO Box 248839 Oklahoma City, OK 73124-8839 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $736.94 | $7,014.15 |
| | | | ($27.22) | 7990-000 | | | |
| | | N. A. Capital One Bank (USA) | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($709.72) | 7100-000 | | | |
| 07/16/15 | 2003 | JUSTIN WILROY OSBERG 78 S. STONINGTON DR. PALATINE, IL 60074 | Distribution of surplus funds to debtor. | 8200-000 | | $7,014.15 | $0.00 |
| 07/22/15 | 2003 | JUSTIN WILROY OSBERG 78 S. STONINGTON DR. PALATINE, IL 60074 | Distribution of surplus funds to debtor. Reversal | 8200-000 | | ($7,014.15) | $7,014.15 |
| 07/23/15 | 2004 | JUSTIN WILROY OSBERG | | 8200-002 | | $7,014.15 | $0.00 |
| 08/11/15 | 2002 | N. A. Capital One Bank (USA) by American Infosource Lp As Agent PO Box 248839 Oklahoma City, OK 73124-8839 | Final distribution to claim 1 representing a payment of 100.00 % per court order. Reversal UNCLAIMED FUNDS | | | ($736.94) | $736.94 |
| | | | $27.22 | 7990-000 | | | |

Page Subtotals: $7,751.09   $7,014.15

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-15637 | Trustee Name: GREGG SZILAGYI |
| Case Name: JUSTIN WILROY OSBERG | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6136 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX0669 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/23/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | N. A. Capital One Bank (USA) | Final distribution to claim 1 representing a payment of 100.00 % per court order. | $709.72  7100-000 | | | |
| 08/11/15 | 2005 | Clerk of the U. S. Bankruptcy Court  219 S. Dearborn Street  Chicago, Il 60604 | Unclaimed Funds CAPITAL ONE | 7100-000 | | $736.94 | $0.00 |

|   |   |   |
|---|---:|---:|
| COLUMN TOTALS | $7,751.09 | $7,751.09 |
| Less: Bank Transfers/CD's | $7,751.09 | $0.00 |
| Subtotal | $0.00 | $7,751.09 |
| Less: Payments to Debtors | $0.00 | $7,014.15 |
| Net | $0.00 | $736.94 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $736.94 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-15637 | Trustee Name: GREGG SZILAGYI |
| Case Name: JUSTIN WILROY OSBERG | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX2312 |
| | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX0669 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/23/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/01/10 | 5 | JASON OSBERG | PURCHASE OF INT. IN HOME | 1110-000 | $10,000.00 | | $10,000.00 |
| 11/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | $0.22 | | $10,000.22 |
| 12/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | $0.25 | | $10,000.47 |
| 01/31/11 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | $0.25 | | $10,000.72 |
| 02/28/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $10,000.80 |
| 03/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $10,000.88 |
| 04/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $10,000.96 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.09 | | $10,001.05 |
| 06/14/11 | INT | Bank of America | Interest | 1270-000 | $0.04 | | $10,001.09 |
| 06/14/11 | | Transfer to Acct# XXXXXX9295 | Transfer of Funds | 9999-000 | | $10,001.09 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,001.09 | $10,001.09 |
| Less: Bank Transfers/CD's | $0.00 | $10,001.09 |
| Subtotal | $10,001.09 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,001.09 | $0.00 |

Page Subtotals: $10,001.09 $10,001.09

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 10-15637 | Trustee Name: | GREGG SZILAGYI |
| Case Name: JUSTIN WILROY OSBERG | Bank Name: | Bank of America |
| | Account Number/CD#: | XXXXXX9295 |
| | | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX0669 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 09/23/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/14/11 | | Transfer from Acct# XXXXXX2312 | Transfer of Funds | 9999-000 | $10,001.09 | | $10,001.09 |
| 06/14/11 | 1001 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | $1,750.09 | $8,251.00 |
| 06/14/11 | 1002 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | (Final distribution to Claim 1, representing a Payment of 41.33% per court order.) | 7100-000 | | $499.91 | $7,751.09 |
| 06/14/11 | 1003 | Bloomfield State Bank<br>PO Box 407<br>Bloomfield, IN 47424-0407 | (Final distribution to Claim 2, representing a Payment of 41.33% per court order.) | 7100-000 | | $7,751.09 | $0.00 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $9.87 | ($9.87) |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $9.54 | ($19.41) |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $9.53 | ($28.94) |
| 01/30/12 | | Bank of America | refund | 2600-000 | | ($28.94) | $0.00 |
| 08/29/12 | 1003 | Bloomfield State Bank<br>PO Box 407<br>Bloomfield, IN 47424-0407 | | 7100-000 | | ($7,751.09) | $7,751.09 |
| 08/30/12 | | Transfer to Acct# XXXXXX6136 | Transfer of Funds | 9999-000 | | $7,751.09 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,001.09 | $10,001.09 |
| Less: Bank Transfers/CD's | $10,001.09 | $7,751.09 |
| Subtotal | $0.00 | $2,250.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $2,250.00 |

| | | |
|---|---|---|
| Page Subtotals: | $10,001.09 | $10,001.09 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX2312 - MONEY MARKET ACCOUNT | $10,001.09 | $0.00 | $0.00 |
| XXXXXX6136 - CHECKING ACCOUNT | $0.00 | $736.94 | $0.00 |
| XXXXXX9295 - CHECKING ACCOUNT | $0.00 | $2,250.00 | $0.00 |
| | $10,001.09 | $2,986.94 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,001.09 |
| Total Gross Receipts: | $10,001.09 |